IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAYNE SUNSTATE INVESTORS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ROY ELIASSON, BRYON WOLF, and ALFRED WOLF,<br><br>Defendants. | C.A. No. 08-141-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendants Roy Eliasson, Bryon Wolf, and Alfred Wolf's time to answer, move, or otherwise respond to the complaint in the above-referenced action is hereby extended through and including April 2, 2008.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (No. 110)
Brian E. Farnan (No. 4089)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com

Attorneys for Kayne Sunstate Investors, LLC

Dated: March 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Michele Sherretta Budicak (No. 4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
mbudicak@ycst.com

Attorneys for Roy Eliasson, Bryon Wolf, And Alfred Wolf

So Ordered this _____ day of March, 2008.

_____
United States District Court Judge