IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAYNE SUNSTATE INVESTORS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROY ELIASSON, BRYON WOLF, ) <br> and ALFRED WOLF, ) <br> ) <br> Defendants. ) | C.A. No. 08-141-SLR |

## RULE 81.2 STATEMENT

Pursuant to Local Rule 81.2, the parties submit this statement to identify all pending matters which require judicial action.

There are currently no matters pending that require judicial action.

| | |
|---|---|
| PHILLIPS, GOLDMAN & SPENCE, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *John C. Phillips, Jr.* | *[signature]* |
| John C. Phillips, Jr. (No. 110) <br> Brian E. Farnan (No. 4089) <br> David A. Bilson (No. 4986) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pgslaw.com | John W. Shaw (No. 3362) <br> Michele Sherretta Budicak (No. 4651) <br> The Brandywine Building, 17th Floor <br> 1000 West Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> jshaw@ycst.com <br> mbudicak@ycst.com |
| *Attorneys for Kayne Sunstate Investors, LLC* | *Attorneys for Roy Eliasson, Bryon Wolf, And Alfred Wolf* |

Dated: March 27, 2008