IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAYNE SUNSTATE INVESTORS, LLC<br>A Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ROY ELIASSON, BRYON WOLF, and<br>ALFRED WOLF,<br><br>Defendants. | C.A. No. 1:08-CV-00141 (SLR) |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO STAY THIS ACTION IN FAVOR OF THE RELATED ACTION CURRENTLY PENDING IN FLORIDA OR, ALTERNATIVELY, TO DISMISS**

Pursuant to D. Del. LR 7.1.4, Plaintiff respectfully requests that the Court set a time for oral argument on Defendants' Motion to Stay this Action in Favor of the Related Action Currently Pending in Florida or, Alternatively, to Dismiss (D.I. 5).

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
David A. Bilson (#4986)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Plaintiff

Date: May 5, 2008