IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAYNE SUNSTATE INVESTORS, LLC<br>A Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ROY ELIASSON, BRYON WOLF, and<br>ALFRED WOLF,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:08-CV-00141 (SLR) |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF
KAYNE SUNSTATE INVESTORS, LLC'S MOTION TO REMAND**

Pursuant to D. Del. LR 7.1.4, Plaintiff respectfully requests that the Court set a time for oral argument on Plaintiff Kayne Sunstate Investors, LLC's Motion to Remand (D.I. 8).

Respectfully submitted,

PHILLIPS GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr. (#110)
Brian E. Farnan (#4089)
David A. Bilson (#4986)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Plaintiff

Date: May 5, 2008