IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAYNE SUNSTATE INVESTORS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-141-SLR |
| | ) |
| ROY ELIASSON, BRYON WOLF, and | ) |
| ALFRED WOLF, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 23rd day of June, 2008, having granted the parties' request to stay this case until the stay order entered by the United States District Court for the Middle District of Florida in the action styled as <u>Federal Trade Commission V. FTN Promotions, Inc.</u>, Case No. 8:07-cv-1279-T-30TGW is lifted, modified to allow this case to continue, expires, or the Florida action concludes (D.I. 16);

IT IS ORDERED that the pending motions to stay or alternatively dismiss and for remand (D.I. 5 and 8) are denied without prejudice to renew once the stay is lifted.

_____
United States District Judge